## Second District.

Charles Westfall, appellee, v. Metropolitan Life Insurance Company, appellant.   Gen. No. 7,931.

Heard in this court at the May term, 1928.   Opinion filed January 25, 1929.

Early & Early, for appellant.   Hall & Dusher, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

John W. Zwicker and Lillie E. Zwicker, appellants, v. Farmers State Bank of Preemption and John McManus, appellee.   Gen. No. 7,958.

Heard in this court at the October term, 1928.   Opinion filed January 25, 1929.

W. B. Schroder and Earl L. Scott, for appellants.   Marshall & Marshall and Walter L. Mannon, for appellee.

Mr. Justice Boggs delivered the opinion of the court.

Frank E. Gibbons, appellant, v. J. D. Strutzel and Frank Strutzel, trading as J. D. Strutzel Auto Company, appellees.   Gen. No. 7,974.

Heard in this court at the October term, 1928.   Opinion filed January 25, 1929.

Hyer & Gill, for appellant.   Frank E. Maynard, for appellees.

Mr. Justice Boggs delivered the opinion of the court.

First National Bank of Morrison, appellee, v. Fred Beswick, appellant.   Gen. No. 7,980.

Heard in this court at the October term, 1928.   Opinion filed January 25, 1929.

Myron C. Rogers, for appellant.   W. A. Blodgett, for appellee.

Mr. Justice Boggs delivered the opinion of the court.